Maurice Klein, appellee, v. Guaranty Fire Insurance Company, appellant. Gen. No. 35,144.

Opinion filed October 9, 1931.

Hicks & Folonie, for appellant. No appearance for appellee.

Mr. Justice Kerner delivered the opinion of the court.

L. T. Ellis Company, appellee, v. John Heyl, appellant. Gen. No. 35,206.

Opinion filed October 9, 1931.

Samuel D. Rothman, for appellant. William S. Kleinman, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Lottie Meyer, appellee, v. G. L. Abbott, appellant. Gen. No. 35,267.

Opinion filed October 9, 1931.

Robert W. Besse and Gerald T. Wiley, for appellant. Spitz & Rooks, for appellee; Edward Blackman and Eli E. Fink, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

John W. Weccard, appellee, v. J. B. Dicus and Bertha Dicus, appellants. Gen. No. 35,290.

Opinion filed October 9, 1931.

Lowes & Lowes, for appellants. E. J. Batten, for appellee.

Mr. Justice Kerner delivered the opinion of the court.